CHRISTINE KONANS *v.* ZIGFRID J. KONANS
(12921)

O'CONNELL, FOTI and LAVERY, Js.

Argued December 5—decision released December 20, 1994

*Deborah McGill-Membrino,* with whom, on the brief, was *Paula N. Anthony,* for the appellant (defendant).

*William F. Gallagher,* with whom, on the brief, were *Cynthia C. Bott* and *Rosemary E. Giuliano,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.